## Commonwealth *v.* Robinson, Appellant.

Submitted September 8, 1969. *John W. Packel* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record is remanded for a hearing on the merits of the post-conviction petition. Cf. *Commonwealth ex rel. Ackerman v. Russell,* 209 Pa. Superior Ct. 467 (1967); *Commonwealth v. Blose,* 430 Pa. 209, 213 (1968).

WRIGHT, P. J., would affirm the order of the court below.